Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–31295–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Leineek
  48 Agress Rd
  Millstone Township, NJ 08535–1137

Social Security No.:
  xxx–xx–1371

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 9, 2016.

On January 23, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:          March 8, 2017
Time:          10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 25, 2017
JAN: wdr

                                                            Jeanne Naughton
                                                            Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 13-31295-KCF
Michael Leineek                                               Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Jan 25, 2017
                              Form ID: 185                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
db             Michael Leineek,    48 Agress Rd,    Millstone Township, NJ 08535-1137
cr            +RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE B,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +RESIDENTIAL CREDIT SOLUTIONS LLC,     Phelan Hallinan & Schmieg, PC,     400 Fellowship Road,
                Suite 100,   Mt. Laurel, NJ 08054-3437
lm             Residential Credit Solutions Inc.,     POB 163229,    Fort Worth, TX 76161-3229
cr            +Santander Consumer USA, Inc.,     P.O. Box 562088, Suite 900-North,     Dallas, TX 75247,
                UNITED STATES 75356-2088
514245112     #ACB Receivables,    PO Box 350,    Asbury Park, NJ 07712-0350
514245113     #Acb Receivables Management,     PO Box 350,    Asbury Park, NJ 07712-0350
514245114    #+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
514245116     Attorney General,    US Dept Of Justice, Ben Franklin Station,     PO Box 683,
                Washington, DC 20044-0683
514245117     Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,     PO Box 5170,
                Simi Valley, CA 93062-5170
514245118   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
514245119     Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
514245120    +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
514412384     Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
514245127    +HSS Radiologists,    Gpo Box 5058,    New York, NY 10087-5058
514245125     Horizon Blue Cross Blue Sheild Of NJ,     Dept V,    Newark, NJ 07101
514245126     Hospital For Special Surgery,     PO Box 29174,    New York, NY 10087-9174
515291441    +NCEP, LLC,   P.O. Box 165028,     Irving, TX 75016-5028
516453020    +Ortega Drywall,    c/o Rosenthal & Goldhaber,     1393 Veterans Memorial Highway,   Suite 212N,
                Hauppauge, NY 11788-3054
514245131     Professional Claims Bureau,     PO Box 9060,    Hicksville, NY 11802-9060
514391550    +Residential Credit Solutions,     POST OFFICE BOX 163229,    FORTH WORTH, TEXAS 76161-3229
514245132     Residential Credit Solutions,     PO Box 163889,    Fort Worth, TX 76161-3889
514263155     Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
514263892    +Santander Consumer USA Inc.¡,     as Assignee for Santander,     P.O. Box 961245,
                Fort Worth, TX 76161-0244
514245133    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
514245135   ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,     4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054)
514245134     Thomas Sculco, MD,    535 E 70th St,    New York, NY 10021-4823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2017 23:13:00      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2017 23:12:57      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515292614     +E-mail/PDF: acg.ebn@americaninfosource.com Jan 25 2017 23:07:23      Ascension Capital Group,
                Attn: NCEP, LLC Department,    P.O. Box 165028,    Irving, TX 75016-5028
514245121     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 25 2017 23:13:56     Credit Coll,
                Po Box 9134,   Needham, MA 02494-9134
514245122     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 25 2017 23:13:56     Credit Collection,
                2 Wells Ave,   Newton Center, MA 02459-3246
514245123      E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 25 2017 23:13:56
                Credit Collection Serv,    PO Box 773,    Needham Heights, MA 02494-0918
514245124      E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 25 2017 23:13:56
                Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
514245128     +E-mail/Text: cio.bncmail@irs.gov Jan 25 2017 23:12:27      Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516143405      E-mail/Text: bankruptcy.bnc@ditech.com Jan 25 2017 23:12:40     Ditech Financial LLC,
                PO Box 6154,   Rapid City, SD 57709-6154
514245130     +E-mail/Text: bankruptcydepartment@tsico.com Jan 25 2017 23:13:44     Nco Fin /99,
                Po Box 15636,   Wilmington, DE 19850-5636
514245136      E-mail/Text: bankruptcydepartment@tsico.com Jan 25 2017 23:13:44     Transworld Systems Inc,
                507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514245129*      Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
514245115      ##Atlantic Advisors, Inc,    PO Box 841,    Asbury Park, NJ 07712-0841
                                                                                     TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 25, 2017
                              Form ID: 185             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:
```
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH   TRUST 2006-17,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE
               BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE
               BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH   TRUST 2006-17,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor Michael  Leineek mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
                                                                                             TOTAL: 11
```