# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Michael Leineek

Case No.: 13-31295

Hearing Date: 9/13/17

Chapter: 13

Judge: KCF

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Kathryn C. Ferguson, United States Bankruptcy Judge.

**Reason for Hearing:** Rescheduled Confirmation Hearing

**Location of Hearing:** Courtroom No. 2
U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

**Date and Time:** September 13, 2017 at 2:00 P.M., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 8/25/17

JEANNE A. NAUGHTON, Clerk

By: Christine Kelly
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 8/25, 20 17 this notice was served on the following: Debtor, Debtor's Attorney, Trustee

JEANNE A. NAUGHTON, Clerk

By: Christine Kelly
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-31295-KCF
Michael Leineek                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 1              Date Rcvd: Aug 25, 2017
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.
db        Michael Leineek,    48 Agress Rd,    Millstone Township, NJ  08535-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:
        Albert   Russo   docs@russotrustee.com
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Andrew L. Spivack    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE BANK
        OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
        AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH   TRUST 2006-17,
        MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 bankruptcynotice@zuckergoldberg.com,
        bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Jennifer R. Gorchow    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE
        BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
        ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
        Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
        AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH   TRUST 2006-17,
        MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 jgoldman@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC
        jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Marc C. Capone    on behalf of Debtor Michael   Leineek mcapone@caponeandkeefe.com,
        docs@caponeandkeefe.com
                          TOTAL: 12