MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR



Order Filed on September 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                    Chapter 13

**Michael Leineek**                                       Case No.: 13-31295 (KCF)

                                                          Hearing Date: 9/13/2017

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 29, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Michael Leineek
Case No.:    13-31295 (KCF)
Caption of Order:    **Order Denying Confirmation**

**THIS MATTER** having come before the Court on 09/13/2017 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Debtor's Certification and the Chapter 13 Standing Trustee's report, as well as, oral argument and good and sufficient cause having been shown, it is hereby

**ORDERED AND DIRECTED**, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

**ORDERED AND DIRECTED**, that the Court's prior finding that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice be and hereby is vacated.