MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on September 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                        Chapter 13

**Michael Leineek**                           Case No.: 13-31295 (KCF)

                                              Hearing Date:  9/13/2017

**ORDER DENYING CONFIRMATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 29, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Michael Leineek
Case No.:    13-31295 (KCF)
Caption of Order:    **Order Denying Confirmation**

**THIS MATTER** having come before the Court on 09/13/2017 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Debtor's Certification and the Chapter 13 Standing Trustee's report, as well as, oral argument and good and sufficient cause having been shown, it is hereby

**ORDERED AND DIRECTED**, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

**ORDERED AND DIRECTED**, that the Court's prior finding that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice be and hereby is vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Leineek  
     Debtor

Case No. 13-31295-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 02, 2017  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.  
db        Michael Leineek,   48 Agress Rd,   Millstone Township, NJ  08535-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:  
         Albert   Russo   docs@russotrustee.com  
         Albert   Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Albert   Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Andrew L. Spivack   on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com  
         Andrew L. Spivack   on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS LLC nj.bkecf@fedphe.com  
         Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH   TRUST 2006-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon   on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jennifer R. Gorchow   on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com  
         John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Joshua I. Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH   TRUST 2006-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman   on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marc C. Capone   on behalf of Debtor Michael  Leineek mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
                                                                                                    TOTAL: 12