UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re: | Case No.:    13-31295 |
| **Michael Leineek** | Judge:  Kathryn C. Ferguson |
| | Chapter:    **13** |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

　__X__   **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
　_____   **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The Debtor in the above-captioned chapter 13 proceeding objects to the following:

1. ___ Motion for Relief from the Automatic Stay filed by  , creditor.

A hearing has been scheduled for _____, at

　___ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for _____, at _____ AM.

OR

　__X__   Certification of Default filed by **Santander Consumer USA,** creditor.

I am requesting a hearing be scheduled on this matter.

　___   Certification of Default filed by standing chapter 13 Trustee.
I am requesting a hearing be scheduled on this matter.

2.  I am objecting to the above for the following reasons:

   ___  Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

   ___  Payments have not been made for the following reasons and debtor proposes repayment as follows: _____

   _X_  Other: **I can pay half of the post petition arrears in the amount of $4,526.14 before January 31, 2018. I can cure the remaining $4,526.14 by making a payment of $565.77 for the eight (8) months beginning in February, 2018.**

3.  This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.  I certify under penalty of perjury that the foregoing is true and correct.


Date:  1/3/18                                  /s/Michael Leineek_____
                                               MICHAEL LEINEEK