Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.:  13−31295−KCF
                         Chapter:  13
                         Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Leineek
   48 Agress Rd
   Millstone Township, NJ 08535−1137

Social Security No.:
   xxx−xx−1371

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/31/18 at 09:00 AM

to consider and act upon the following:

*142* − Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: 2009 Volkswagen Jetta. Fee Amount &#036 176. filed by Creditor Santander Consumer USA, Inc., 38 Order on Motion For Relief From Stay) filed by Jason Brett Schwartz on behalf of NCEP, LLC. Objection deadline is 01/10/2018. (Attachments: # 1 Exhibit "A" # 2 Form 16A # 3 Proposed Order # 4 Certificate of Service) (Schwartz, Jason)

Dated: 1/9/18

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court