MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on January 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                  Chapter 13

**Michael Leineek**                                     Case No.: 13-31295 (KCF)

                                                        Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 25, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):     Michael Leineek
Case No.:      13-31295 (KCF)
Caption of Order:     **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$400.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

___     **$_____** through the Chapter 13 plan as an administrative priority; and

**X**     **$400.00** outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

N/A

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Leineek  
      Debtor

Case No. 13-31295-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 25, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.  
db         Michael Leineek,    48 Agress Rd,    Millstone Township, NJ   08535-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:

       Albert   Russo    docs@russotrustee.com  
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE BANK  
        OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
        AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH    TRUST 2006-17,  
        MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 bankruptcynotice@zuckergoldberg.com,  
        bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Jason Brett Schwartz    on behalf of Creditor    NCEP, LLC jschwartz@mesterschwartz.com  
       Jennifer R. Gorchow    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE  
        BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.  
        ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
       Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
        AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH    TRUST 2006-17,  
        MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 jgoldman@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC  
        jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Marc C. Capone    on behalf of Debtor Michael   Leineek mcapone@caponeandkeefe.com,  
        docs@caponeandkeefe.com

                                                                                     TOTAL: 13