MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR



Order Filed on May 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                              Chapter 13

**Michael Leineek**                                 Case No.: 13-31295 (KCF)

                                                    Hearing Date:

### ORDER GRANTING APPLICATION FOR ALLOWANCE
### OF ATTORNEY'S FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 8, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Michael Leineek
Case No.:    13-31295 (KCF)
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$900.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

    ___    **$**_____ through the Chapter 13 plan as an administrative priority; and

    **X**    **$900.00** outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

N/A