MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on May 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                      Chapter 13

**Michael Leineek**                         Case No.: 13-31295 (KCF)

                                            Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 8, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Michael Leineek
Case No.:    13-31295 (KCF)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$900.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

___    **$_____** through the Chapter 13 plan as an administrative priority; and

**X**    **$900.00** outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

N/A

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Leineek  
    Debtor

Case No. 13-31295-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 08, 2018  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.  
db    Michael Leineek,    48 Agress Rd,    Millstone Township, NJ  08535-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:
- Albert Russo    docs@russotrustee.com
- Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
- Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
- Andrew L. Spivack    on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, et.al. nj.bkecf@fedphe.com
- Andrew L. Spivack    on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS LLC nj.bkecf@fedphe.com
- Denise E. Carlon    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
- Denise E. Carlon    on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Jason Brett Schwartz    on behalf of Creditor NCEP, LLC jschwartz@mesterschwartz.com
- Jennifer R. Gorchow    on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, et.al. nj.bkecf@fedphe.com
- John R. Morton, Jr.    on behalf of Creditor Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
- Joshua I. Goldman    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
- Joshua I. Goldman    on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
- Marc C. Capone    on behalf of Debtor Michael Leineek mcapone@caponeandkeefe.com, docs@caponeandkeefe.com

    TOTAL: 13