CAPONE & KEEFE, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
1-732-528-1166
Attorney for Debtor
MC 4795



Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

**Michael Leineek**

**BANKRUPTCY NO. 13-31295 (KCF)**

CHAPTER 13

**ORDER TO AVOID JUDGMENT LIEN AND RECLASSIFY THE PROOF OF CLAIM OF PATRICK DURNING FROM SECURED TO UNSECURED**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):    **Michael Leineek**
Case No.:    **13-31295 (KCF)**
Caption of Order:  Order to Avoid Judgment Lien and Reclassify Patrick Durning's Proof of Claim from Secured to Unsecured

Upon consideration of the Motion filed by, **Michael Leineek**, through his attorney, Marc C. Capone seeking entry of an Order to Reclassify Patrick Durning's Proof of Claim from Secured to unsecured, and the Court having considered the moving papers and all objections, if any, as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the claim set forth below is hereby reclassified from a secured claim to a general unsecured claim:

Claim No.: 6      Patrick Durning                $6,204.61
                  160 Forest Haven Court
                  Freehold, NJ 07728

And it is further

**ORDERED** that the judicial lien of Patrick Denning be and hereby is avoided;  and it is further

**ORDERED** that the Debtor may avoid the above referenced lien and have same cancelled of record as to the property, provided the Debtor is granted a Discharge in this Chapter 13 case or in a succeeding Chapter 7 case, in the event of conversion to Chapter 7 under Title 11 of the United States Code.