CAPONE & KEEFE, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
1-732-528-1166
Attorney for Debtor
MC 4795

Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

**Michael Leineek**

BANKRUPTCY NO. 13-31295 (KCF)

CHAPTER 13

**ORDER TO AVOID JUDGMENT LIEN AND RECLASSIFY THE PROOF OF CLAIM OF PATRICK DURNING FROM SECURED TO UNSECURED**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):    **Michael Leineek**
Case No.:    **13-31295 (KCF)**
Caption of Order:  Order to Avoid Judgment Lien and Reclassify Patrick Durning's Proof of Claim from Secured to Unsecured

Upon consideration of the Motion filed by, **Michael Leineek**, through his attorney, Marc C. Capone seeking entry of an Order to Reclassify Patrick Durning's Proof of Claim from Secured to unsecured, and the Court having considered the moving papers and all objections, if any, as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the claim set forth below is hereby reclassified from a secured claim to a general unsecured claim:

| Claim No.: 6 | Patrick Durning
160 Forest Haven Court
Freehold, NJ 07728 | $6,204.61 |

And it is further

**ORDERED** that the judicial lien of Patrick Denning be and hereby is avoided;  and it is further

**ORDERED** that the Debtor may avoid the above referenced lien and have same cancelled of record as to the property, provided the Debtor is granted a Discharge in this Chapter 13 case or in a succeeding Chapter 7 case, in the event of conversion to Chapter 7 under Title 11 of the United States Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Leineek  
    Debtor

Case No. 13-31295-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 24, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2018.  
db        Michael Leineek,    48 Agress Rd,    Millstone Township, NJ  08535-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:  
        Albert   Russo    docs@russotrustee.com  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Andrew L. Spivack    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE BANK  
         OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com  
        Andrew L. Spivack    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC nj.bkecf@fedphe.com  
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
         AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH  TRUST 2006-17,  
         MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 bankruptcynotice@zuckergoldberg.com,  
         bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Jason Brett Schwartz    on behalf of Creditor    NCEP, LLC jschwartz@mesterschwartz.com  
        Jennifer R. Gorchow    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS AS SERVICER FOR THE  
         BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE , et.al. nj.bkecf@fedphe.com  
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.  
         ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
        Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
         AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS INC., CHL MORTGAGE PASS-THROUGH  TRUST 2006-17,  
         MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17 jgoldman@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS LLC  
         jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Marc C. Capone    on behalf of Debtor Michael   Leineek mcapone@caponeandkeefe.com,  
         docs@caponeandkeefe.com  
                                                                                                                                                      TOTAL: 13