UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:                                              Case No.:       13-31295

**Michael Leineek**                                 Judge:  Kathryn C. Ferguson

                                                    Chapter:        **13**


### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

_X_  **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
___  **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**


The Debtor in the above-captioned chapter 13 proceeding objects to the following:

1. ___ Motion for Relief from the Automatic Stay filed by , creditor.

A hearing has been scheduled for _____, at


   **X**   Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for __**September 12, 2018**___, at ___**9:00**__ AM.


                            OR


   ___  Certification of Default filed by _____, creditor.


I am requesting a hearing be scheduled on this matter.


   ___  Certification of Default filed by standing chapter 13 Trustee.

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons:

   ___   Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

   ___   Payments have not been made for the following reasons and debtor proposes repayment as follows: _____

   **_X_**   Other: **I can bring my plan payments current by August 31, 2018.**

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date:  8/21/2018                        **/s/Michael Leineek**_____
                                            MICHAEL LEINEEK